TURNER, Appellant, v. TOWN OF LYONSDALE, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 11, 1900.) Action by George R. Turner against the town of Lyonsdale.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Held, that the county of Lewis is the proper county in which the trial of the action should take place.